# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3405
_____

KEVIN GREGORY MASON,

   Petitioner,

v.

EDITH KNAPP MASON,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


April 27, 2026


PER CURIAM.

   DENIED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael T. Webster of Michael T. Webster, P.A., Shalimar, for Petitioner.

Charles F. Beall, Jr. of Moore, Hill, and Westmoreland, P.A., Pensacola, for Respondent.